UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**Damon Guadalupe**

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

-CR-   ( )( )

19-MAG-9384

Defendant __Damon Guadalupe__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

- ✓ Initial Appearance Before a Judicial Officer

- ✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ✓ Bail/Detention Hearing

- ✓ Conference Before a Judicial Officer

__/s/ Damon Guadalupe__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__/s/ Anna Schneider__
Defendant's Counsel's Signature

__Damon Guadalupe__
Print Defendant's Name

__Anna Schneider__
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

April 15, 2021
Date

__/s/ Ona T. Wang__
Ona T. Wang
United States Magistrate Judge